UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ahner, et al,                                                       Case No. 3:17-cv-00707

           Plaintiffs

v.                                                            ORDER

Smith, et al,

           Defendants

On November 21, 2019, I conducted a telephone status conference with the parties. Pursuant to the discussion I hereby set this case for a jury trial with voir dire beginning on March 23, 2020, at 10:00 a.m., trial to commence immediately after. Should either party wish to file liminal motions or a trial brief, it shall do so by January 24, 2020. Additionally, the parties shall file joint jury instructions and a joint statement of the case by January 24, 2020. The final pretrial conference will be held on February 3, 2020, at 3:00 p.m. Counsel to appear in person.

So Ordered.

                                                                  s/ Jeffrey J. Helmick
                                                                  United States District Judge